Peter B. Maretz, SBN 144826
pmaretz@stokeswagner.com
Adam Parry, SBN 259937
aparry@stokeswagner.com
STOKES WAGNER, ALC
600 West Broadway, Suite 1150
San Diego, CA 92101
Telephone:   (619) 232-4261
Facsimile:    (619) 232-4840

Attorneys for Defendant General Corporate Investigation, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN TORAL<br><br>         Plaintiff,<br><br>    v.<br><br>GENERAL CORPORATE INVESTIGATION, INC. a foreign corporation doing business in California; and DOES 1-10 inclusive,<br><br>         Defendant. | Case No.:<br><br>**GENERAL CORPORATE INVESTIGATION, INC.'S NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**<br><br>ACCOMPANYING DOCUMENTS: NOTICE OF CASE ASSIGNMENT; SUMMONS; CIVIL CASE COVER SHEET; CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; COMPLAINT |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. sections 1331, 1441, and 1446, Defendant GENERAL COPRORATE INVESTIGATION, INC. ("GCI") hereby removes the above-entitled action from the Los Angeles County Superior Court Central Division. The foregoing facts were true at the time the Complaint in this matter was filed and remain true as of the date of the filing of this removal, as more fully set forth below.

1. On or about July 26, 2016 Defendant GENERAL CORPORATE INVESTIGTION, INC., received service of a Complaint stating an action was commenced in the Los Angeles County Superior Court, entitled *Johnathan Toral v. General Corporate Investigation, Inc.,* Case No. BC609126. A true and correct copy of the Summons and Complaint, and all other documents served on GCI, are attached hereto as Exhibit A. No other documents have been served on GCI.

2. The Complaint alleges the following causes of action: (1) Violation of FCRA Section 1681(c); (2) Violation of ICRAA, Cal. Civ. Code Section 1786, et seq., (3) Violation of FRCA Section 1681(b), et seq. The first and third alleged counts in Plaintiff's complaint are based on allegations that Defendant failed to comply with the Federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. section 1681, et seq.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## II.

## **TIMELINESS OF REMOVAL**

3. The original complaint filed in this action was served on GCI on July 26, 2016. This notice of removal is filed within thirty days of receipt of a pleading or other paper from which it could first be ascertained that the case has become removable, and is timely pursuant to 28 U.S.C. §1446(b).

## III.

## **FEDERAL QUESTION JURISDICTION - 28 U.S.C. Section 1331**

4. Removal is based upon Plaintiff's claim arising under federal law, as Plaintiff alleges violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. section 1681, et seq. The FCRA is a federal law that regulates how consumer information may be gathered and reported by consumer reporting agencies, and how those reports may be used in certain context, including by employers in the hiring process. In the Complaint attached hereto, Plaintiff alleges that Defendant GCI, a consumer reporting agency, violated the FCRA (15 U.S.C. section 1681, et seq.) in reporting information regarding Plaintiff to a prospective employer. Since Plaintiff alleges violations of the law of the United States, the District Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331.

## IV.

## **VENUE IS PROPER**

16. The United States District Court for the Central District of California is the judicial district encompassing the place where Case No. BC609126 was filed by Plaintiff and is therefore the appropriate court for removal pursuant to 28 U.S.C. §1441. Defendant is informed that this action is to be assigned to the Western Division of the U.S District Court for the Central District of California.

17. In accordance with 28 U.S.C. §1446(d), GCI will give written notice of the original removal of this action to Plaintiff via his counsel and file a copy of that

notice with the Los Angeles County Superior Court, Central Division Stanley Mosk Courthouse.

## V.
## **CONCLUSION**

18. Because this civil action involves allegations of violations of federal law, defendant GCI respectfully requests that this Court exercise its federal jurisdiction over this action pursuant to 28 U.S.C. § 1331 and remove this action to federal district court. In the event this Court has a question regarding the propriety of this Notice of Removal, GCI requests that it issue an Order to Show Cause so that it may have an opportunity to more fully brief the basis for this removal.

DATED: August 24, 2016        STOKES WAGNER

                                              By: _____
                                                 Peter B. Maretz
                                                 Adam L. Parry
                                                 Attorneys for Defendant General
                                                 Corporate Investigation, Inc.