Devin H. Fok, State Bar No. 256599)
**DHF LAW P.C.**
234 E. Colorado Blvd., 8th Floor
Pasadena, CA 91101
Telephone: (888) 651-6411
Facsimile: (818) 484-2023
Email: devin@devinfoklaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN TORAL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br>GENERAL CORPORATE INVESTIGATION, INC.; and DOES 1-10 inclusive,<br>Defendants. | CASE NO.: 2:16-CV-06360-MWF-GJS<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Hon. Michael W. Fitzgerald |

NOTICE IS HEREBY GIVEN TO ALL PARTIES AND ATTORNEYS OF RECORD that a settlement has been reached between the parties and Plaintiff hereby notifies this Court Plaintiff's voluntary dismissal *with prejudice* of the entire action.

DATED: November 9, 2016         DHF LAW, P.C.

By:   /s/ Devin Fok
   DEVIN H. FOK, State Bar No. 256599
   **DHF LAW, P.C.**
   234 E. Colorado Blvd., 8th Floor
   Pasadena, CA 91101
   Telephone: (310) 430-9933
   Facsimile: (818) 484-2023
   devin@devinfoklaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that I filed this response on October 24, 2016 via the Court's ECF system thereby serving it on all counsel of record.

Dated: November 9, 2016  By: */s/ Devin H. Fok*
               Devin H. Fok